**Russell Lee MAWYER, a/k/a Rusty
Mawyer, Petitioner–Appellant,**

v.

**Colie L. RUSHTON, Warden; Charles
M. Condon, Attorney General of the
State of South Carolina, Respondents–Appellees.**

No. 00–7179.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 19, 2001.

Decided Feb. 8, 2001.

Russell Lee Mawyer, pro se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, SC, for appellees.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Russell Lee Mawyer appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Mawyer's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Mawyer v. Rushton,* No. CA–99–3790 (D.S.C. July 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*